[Cite as *Paramount Advantage v. Ohio Dept. of Medicaid*, 2021-Ohio-4441.]

| PARAMOUNT ADVANTAGE | Case No. 2021-00262PQ |
|---|---|
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| OHIO DEPARTMENT OF MEDICAID | |
| Respondent | |

{¶1} On October 14, 2021, a Special Master issued a Report and Recommendation in this public-records case. The Special Master recommends (1) finding that Respondent provided responsive records rendering seven of Requester's claims moot within a reasonable period of time, (2) dismissing Requester's remaining claims for production "as either moot, requests for non-records, or ambiguous and/or overly broad and therefore unenforceable," and (3) assessing costs to Requester.

{¶2} Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of October 14, 2021. The Court adopts the Report and Recommendation. Judgment is rendered in favor of

Case No. 2021-00262PQ                    -2-                    JUDGMENT ENTRY


Respondent.  Court costs are assessed to Requester.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


PATRICK E. SHEERAN
Judge


Filed November 9, 2021
Sent to S.C. Reporter 12/17/21